IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN           :
                               :       CIVIL ACTION
     vs.                     :       No. CV407-085
                               :
UNITED STATES OF AMERICA    :       CRIMINAL ACTION
                               :       No. CR403-001

**NOTICE OF APPEAL**

Comes now MEIER JASON BROWN, Defendant/Movant in the above-styled action, and hereby gives notice of his intention to appeal to the United States Court of Appeals for the Eleventh Circuit from the United States District Court for the Southern District of Georgia, Savannah Division orders: granting in part and denying in part his Motion for Appointment of Counsel (Doc. 2) entered June 18, 2008; referring a matter to United States Attorney for the Southern District of Georgia for criminal prosecution purposes (Doc. 20) entered February 4, 2008; finding probable cause to believe counsel willfully violated Local Civil Rule 83.8, and ordering hearing wherein counsel would show cause why he should not be held in criminal contemp (Doc. 62) entered July 21, 2008;  denying counsel's Motion to Withdraw (Doc. 72) entered September 15, 2008; denying his Motion for Discovery (Doc. 74) entered September 28, 2008; denying his Motion

for Evidentiary Hearing and/or to Expand the Record (Doc. 74) entered September 29, 2008; denying his Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. §2255 (Doc. 74 & 75) entered September 29, 2008; the order granting in part and denying in part his Motion to Alter and Amend (Doc. 83) entered on November 4, 2008, and any and all other orders or rulings adverse to the Movant.

Movant intends to file an Application for Certificate of Appealability on January 5, 2009.

Dated, this the 2nd day of January, 2008.

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN

CERTIFICATE OF SERVICE

I hereby certify that the forgoing has been electronically filed and served

upon Counsel for the Government as follows:

> Amy Lee Copeland, Esq.
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, Georgia 31412

Dated, this the 2nd day of January, 2009.


*s/Jeffrey L. Ertel*