No. 13-8899          *** CAPITAL CASE ***

Title:              Meier Jason Brown, Petitioner

                    v.

                    United States

Docketed:           February 27, 2014

Linked with 13A607

Lower Ct:           United States Court of Appeals for the Eleventh Circuit

  Case Nos.:        (09-10142)

  Decision Date:    July 10, 2013

  Rehearing
Denied:             September 27, 2013


~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~

Dec 12 2013  Application (13A607) to extend the time to file a petition for a writ of certiorari from December 26, 2013 to February 24, 2014, submitted to Justice Thomas.

Dec 16 2013  Application (13A607) granted by Justice Thomas extending the time to file until February 24, 2014.

Feb 24 2014  Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due March 31, 2014)

Mar 26 2014  Order extending time to file response to petition to and including April 30, 2014.

Apr 9 2014   Order further extending time to file response to petition to and including May 30, 2014.

May 29 2014  Order further extending time to file response to petition to and including June 30, 2014.

Jun 30 2014  Brief of respondent United States in opposition filed.

Jul 17 2014  DISTRIBUTED for Conference of September 29, 2014.

Jul 23 2014  Reply of petitioner Meier Jason Brown filed. (Distributed)

Oct 6 2014   Petition DENIED.


~~Name~~~~~~~~~~~~~~~~~~~~~~        ~~~~~~~Address~~~~~~~~~~~~~~~~~~~        ~~Phone~~~

**Attorneys for Petitioner:**

Mark E. Olive                      Law Office of Mark E. Olive, P.A.       (850) 224-0004

  Counsel of Record                320 West Jefferson Street

                                   Tallahassee, FL  32301

                                   meolive@aol.com

Party name: Meier Jason Brown

**Attorneys for Respondent:**

Donald B. Verrilli Jr.             Solicitor General                      (202) 514-2217

  Counsel of Record                United States Department of Justice