# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 08, 2014

Scott L. Poff
U.S. District Court
125 BULL ST RM 308
SAVANNAH, GA 31401-3762

Appeal Number:  09-10142-P
Case Style:  Meier Brown v. USA
District Court Docket No:  4:07-cv-00085-BAE-GRS
Secondary Case Number:  4:03-cr-00001-BAE-1

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jan S. Camp
Phone #: (404) 335-6171

MDT-4 Notice of Certiorari Denial to DC