No. 13-8899      \*\*\* CAPITAL CASE \*\*\*

Title:      Meier Jason Brown, Petitioner

v.

United States

Docketed:      February 27, 2014

Linked with 13A607

Lower Ct:      United States Court of Appeals for the Eleventh Circuit

  Case Nos.:      (09-10142)

  Decision Date:      July 10, 2013

  Rehearing Denied:      September 27, 2013

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

| Date | Proceedings and Orders |
| --- | --- |
| Dec 12 2013 | Application (13A607) to extend the time to file a petition for a writ of certiorari from December 26, 2013 to February 24, 2014, submitted to Justice Thomas. |
| Dec 16 2013 | Application (13A607) granted by Justice Thomas extending the time to file until February 24, 2014. |
| Feb 24 2014 | Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due March 31, 2014) |
| Mar 26 2014 | Order extending time to file response to petition to and including April 30, 2014. |
| Apr 9 2014 | Order further extending time to file response to petition to and including May 30, 2014. |
| May 29 2014 | Order further extending time to file response to petition to and including June 30, 2014. |
| Jun 30 2014 | Brief of respondent United States in opposition filed. |
| Jul 17 2014 | DISTRIBUTED for Conference of September 29, 2014. |
| Jul 23 2014 | Reply of petitioner Meier Jason Brown filed. (Distributed) |
| Oct 6 2014 | Petition DENIED. |
| Oct 30 2014 | Petition for Rehearing filed. |
| Nov 10 2014 | DISTRIBUTED for Conference of November 25, 2014. |
| Dec 1 2014 | Rehearing DENIED. |

~~Name~~~~~~~~~~~~~~~~~~~      ~~~~~~~Address~~~~~~~~~~~~~~~~~~      ~~Phone~~~

**Attorneys for Petitioner:**

| Name | Address | Phone |
| --- | --- | --- |
| Mark E. Olive<br>  Counsel of Record | Law Office of Mark E. Olive, P.A.<br>320 West Jefferson Street<br>Tallahassee, FL 32301<br>meolive@aol.com | (850) 224-0004 |

Party name: Meier Jason Brown

**Attorneys for Respondent:**

| | | |
|---|---|---|
| Donald B. Verrilli Jr. | Solicitor General | (202) 514-2217 |
| Counsel of Record | United States Department of Justice | |
| | 950 Pennsylvania Avenue, N.W. | |
| | Washington, DC  20530-0001 | |
| | SupremeCtBriefs@USDOJ.gov | |

Party name: United States

July 30, 2015 | Version 2014.1

**Home** | **Help** | **Site Map** | **Contact Us** | **About Us** | **FAQ** | **Jobs** | **Links** | **Building Regulations**
**Website Policies and Notices** | **Privacy Policy** | **USA.GOV**

## Supreme Court of the United States